## KLIEN *v.* THE STATE.

APPEAL from the *Cass* Circuit Court.

*Per Curiam.*—Indictment for retailing. Judgment for the State.

The record does not properly show the impanneling of a grand jury, and the return, by that body, of the indictment into Court; hence, the judgment must be reversed.

The judgment is reversed, and the cause remanded.

*D. D. Pratt, D. D. Dykeman,* and *John Guthrie,* for the appellant.